FRARY, APPELLANT, *v.* DWYER, RESPONDENT.

(No. 1,446.)

ON MOTION TO DISMISS APPEALS.

(Submitted April 14, 1902. Decided April 15, 1902.)

*Undertaking on Appeal.*

An undertaking on appeal from a judgment and from an order denying a motion for a new trial approved. (Following *Watkins* v. *Morris,* 14 Montana 354.)

*Appeal from District Court, Cascade County; J. B. Leslie Judge.*

ACTION by W. S. Frary against William R. Dwyer. From a judgment in favor of defendant, and from an order denying a motion for a new trial, plaintiff appeals. Motion by defendant to dismiss the appeals. Motion denied.

*Mr. F. A. Merrill,* for Appellant.

*Mr. T. E. Brady,* for Respondent.

MR. CHIEF JUSTICE BRANTLY delivered the opinion of the court.

The defendant, and respondent, has submitted a motion to dismiss the appeals herein on the ground that the undertaking filed with the clerk of the district court does not conform to the requirements of the statute.

The appeals are from a judgment and an order denying plaintiff's motion for a new trial, and the undertaking is the same in form and substance as those approved in *Watkins* v. *Morris,* 14 Mont. 354, 36 Pac. 452, and in the following cases: *Ramsey* v. *Burns,* 24 Mont. 234, 61 Pac. 129; *Nolan* v. *Montana Central Railway Company, Id.* 327, 61 Pac. 880; *Livingston Smelting and Reduction Company* v. *Lynch et al., Id.* 241, 61 Pac. 1134; *Mahoney* v. *Butte Hardware Company, Id.* 242, 61 Pac. 1134; *Boucher* v. *Barsalou, Id.* 242, 61 Pac. 1134; *Teague* v. *John Caplice Company, Id.* 242, 61 Pac. 1134. The respondent relies upon the case of *Baker* v. *Butte City Water Company,* 24 Mont. 31, 113, 60 Pac. 488, 817; of this case it was said in *Ramsey* v. *Burns, supra,* that it is "based upon correct reasoning, reaches a correct result, and is approved." But a clear distinction is pointed out between the form of the undertaking examined in *Baker* v. *Butte City Water Company* and of those examined and approved in *Watkins* v. *Morris* and the other cases cited *supra. Baker* v. *Butte City Water Company* is not in point. The motion is denied.

*Denied.*

MR. JUSTICE PIGOTT, having been of counsel during the pendency of this cause in the district court, takes no part in this decision.